IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDRA M. BELISO,

    Plaintiff,                                      No. CIV S-10-2131 JAM GGH PS

    vs.

WELLS FARGO BANK, N.A. dba as
AMERICA'S SERVICING COMPANY, et al.,

    Defendants.                                 ORDER

_____/

        Defendant T.D. Service Company's motion to dismiss presently is calendared for hearing on October 7, 2010.  Defendant Wells Fargo Bank's motion to dismiss, or for more definite statement, is calendared for October 21, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions.  Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions.  See E.D. Cal. L.R. 230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 7 and 21, 2010 hearings on the motions to dismiss, filed August 30 and September 10, 2010, are vacated; and

\\\\\

\\\\\

1

2. The motions are submitted on the record.[1]

DATED: September 30, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Beliso2131.vac.wpd

---

[1] Wells Fargo Bank's motion will be submitted after the time has passed for plaintiff to file her opposition and for defendant to file a reply.

2